**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 425 MAL 2020

            Respondent                    :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

             v.                              :

                                      :

DAVID TRIMAINE MOYE,               :

                           :

             Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.